# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. |
| v. | 1:16-CV-3021-RWS-JCF |
| NETZY COLON, | CRIMINAL ACTION NO. |
| | 1:06-CR-137-2-RWS-JCF |
| Defendant. | |

## ORDER

This case is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 589]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 589] is hereby approved and adopted as the opinion and order of this Court. As such, the Government's Motion to Dismiss [Doc. No. 588] is GRANTED, and the petition [Doc. No. 585] is DISMISSED for lack of jurisdiction. A Certificate of Appealability is DENIED. The Clerk is DIRECTED to close the Civil Action.

SO ORDERED, this 30th day of January, 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)